■ In the Matter of the Estate of HATTIE G. MARTIN, Deceased. MILADIN DOBRIC, Appellant; DAVID J. BARON, Respondent. [933 NYS2d 561]—

The appeal from the intermediate order must be dismissed because the right of direct appeal therefrom terminated with the entry of the decree in the proceeding (*see Matter of Aho*, 39 NY2d 241, 248 [1976]). The issues raised on the appeal from the order would have been brought up for review on the appeal from the decree. However, since the appendix filed by the appellant is inadequate to enable this Court to render an informed decision on the merits, the appeal from the decree must be dismissed (*see Miller v Cruise Fantasies, Ltd.*, 74 AD3d 921 [2010]; *Marcantonio v Picozzi*, 46 AD3d 522 [2007]). Dillon, J.P., Dickerson, Chambers and Miller, JJ., concur.

■ In the Matter of CHERLYN MAYHEW, Petitioner, v BARRY E. WARHIT et al., Respondents. [933 NYS2d 556]—

This proceeding has been rendered academic in light of an order entered October 11, 2010, in the County Court, Westchester County, adjudicating the petitioner in contempt in the underlying criminal action. Florio, J.P., Hall, Austin and Roman, JJ., concur.